

FILED

MAY 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1 BENJAMIN B. WAGNER
  United States Attorney
2 JARED C. DOLAN
  Assistant United States Attorney
3 501 I Street, Suite 10-100
  Sacramento, CA 95814
4 Telephone: (916) 554-2700
  Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
  United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. SEALED

12              Plaintiff,

13       v.                            [PROPOSED] ORDER TO SEAL

14 MICHAEL T. SAHLBACH,                (UNDER SEAL)

15              Defendant.

16                                     2:14-CR-0118 GEB

17       The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney JARED C.

18 DOLAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest

19 of the defendant or until further order of the Court.

20

21
   Dated: May 1 2014                   _____
22                                     The Honorable Allison Claire
                                       UNITED STATES MAGISTRATE JUDGE
23

[PROPOSED] ORDER TO SEAL INDICTMENT        1