UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 02, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL T. SAHLBACH,

Defendant.

Case No. 2:14-cr-00118-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL T. SAHLBACH ,

Case No.  2:14-cr-00118-GEB , from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $   600,000.00

__X__   Secured Appearance Bond $   $600,000; secured by property and cashiers check

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other):  Pretrial conditions as stated on the record

Issued at Sacramento, California on May 02, 2014 at 2:00 PM

By:   _____

Magistrate Judge Allison Claire