| | |
|---|---|
| 1 | MATTHEW G. JACOBS (SBN 122066) |
| 2 | DLA PIPER LLP (US)<br>400 Capitol Mall, Suite 2400 |
| 3 | Sacramento, CA 95814-4428<br>Tel: 916.930.3200 |
| 4 | Fax: 916.930.3201 |
| 5 | Attorneys for Defendant<br>MICHAEL T. SAHLBACH |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. SAHLBACH,<br><br>Defendants. | CASE NO. 2:14-CR-0118 GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Michael T. Sahlbach, by his undersigned attorney, and the United States of America, by its counsel, Assistant U.S. Attorney Jared C. Dolan, that the status conference currently set in this case for May 23, 2014 should be continued approximately 90 days, to August 22, 2014, at 9:00 a.m., or to the next regular criminal calendar if that date is unavailable, and that time under the Speedy Trial Act should be excluded for the entire period between those two dates.

The reason for the continuance is that in this newly-filed case, the Government has made 17 boxes of discovery available to the defense, which counsel needs to review and analyze to begin preparing the defense case. In addition, new counsel for the defendant will be substituting in for current counsel imminently. Current counsel has confirmed with new counsel that he agrees with this stipulation and with the proposed new date for the status conference.

The parties stipulate that the continuance should be granted for defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice

-1-

served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: May 21, 2014

/s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorney for Michael T. Sahlbach

Dated: May 21, 2014

/s/ Jared C. Dolan
JARED C. DOLAN
Attorney for the United States

For the reasons stated in the above stipulation, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The status conference in this matter now set for May 23, 2014 is accordingly continued to August 22, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 23, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge