Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
MICHAEL T. SAHLBACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 14-CR-0118 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| MICHAEL T. SAHLBACH, | |
| Defendant. | |

The defendant, MICHAEL T. SAHLBACH, through his counsel, Malcolm S. Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Jared Dolan, stipulate to modification of the travel conditions associated with the defendant's pretrial release, as set forth below. The proposed modifications are intended to permit the defendant to travel to San Diego, California for medical examination and treatment, adjust his working hours and travel for the purpose of meeting with counsel and experts.

The defendant was charged with bank and wire fraud in an Indictment filed on May 1, 2014, appeared and was arraigned the next day and released on a

$600,000 secured appearance bond and a $100,000 cash bond. The defendant's pretrial release is subject to pretrial supervision by Pretrial Services. The conditions of release include a travel restriction, limiting the defendant's travel to the Eastern District of California, unless he obtains prior approval from the Pretrial Services Officer, a curfew subject to modification by Pretrial Services and location monitoring. Pretrial Services has previously authorized travel to the Northern District of California on two occasions for defense preparation and has modified the curfew to facilitate the defendant's employment.

Although the parties are in agreement that the travel should be permitted and have so stipulated, the modification of the Special Conditions of Release requiring location monitoring requires an Order authorizing Pretrial Services to exercise its discretion to modify or discontinue the monitoring for purposes of travel or medical treatment.

The Pretrial Services Officer has been advised of the nature of the defendant's medical condition, the name of the defendant's physician and the medical facility at which the care will be provided. The schedule for a re-examination, the medical procedure and after care is as follows:

| | |
|---|---|
| **Re-Examination:** | **Travel on Tuesday (8-5-14),** <br> **Re-examination visit Wednesday (8-6-14),** <br> **Travel to Sacramento Thursday (8-8-14);** |
| **Medical Procedure:** | **Travel on Thursday (9-11-14),** <br> **Pre- Procedure examination Friday (9-12-14),** <br> **Hospital Procedure Monday (9-15-14),** <br> **Travel to Sacramento (9-17-14) late evening;** |
| **Post Procedure Examination:** | **Travel Friday (10-10-14),** <br> **Examination Monday (10-13-14),** <br> **Travel to Sacramento Tuesday (10-14-14).** |

For the reasons set forth herein above, and based on information made known to Pretrial Services, the parties stipulate to the following:

The conditions of the defendant's pretrial release shall be modified to permit his travel to San Diego, California to secure medical treatment in

accordance with the referenced schedule.  Pretrial Services may modify or discontinue electronic monitoring to facilitate the travel and medical treatment described above on August 5, 2014, September 11, 2014, and October 10, 2014, and shall reinstall it on the defendant's return on August 8, 2014, September 17, 2014, and October 14, 2014, respectively, or as soon thereafter as can reasonably be accommodated by Pretrial Services.  Pretrial Services, at its discretion, may adjust the travel and monitoring schedule to accommodate any changes in the appointments and need for medical care.

The defendant, with approval of Pretrial Services, may travel to the Northern District of California in order to meet with counsel and experts for case preparation.  The defendant's curfew, set forth in the Conditions of Release, shall be amended to accommodate his work schedule and state as follows: "You are restricted to your residence every day from 10:00 P.M. to 7:00 A.M. or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

IT IS SO STIPULATED.

Dated: August 1, 2014                    Respectfully submitted,

**SEGAL & ASSOCIATES, PC**

By: /s/ Malcolm Segal_____
    MALCOLM SEGAL
    Attorneys for Defendant


Dated: August 1, 2014                    Respectfully submitted,

Benjamin B. Wagner
United States Attorney
Eastern District of California

By: /s/ Jared Dolan (by permission)
    JARED DOLAN
    Assistant United States Attorney

**ORDER**

Upon the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED THAT:

The conditions of the defendant's pretrial release shall be modified to permit his travel to San Diego, California to secure medical treatment in accordance with the referenced schedule. Pretrial Services may modify or discontinue electronic monitoring to facilitate the travel and medical treatment described above on August 5, 2014, September 11, 2014, and October 10, 2014, and shall reinstall it on the defendant's return on August 8, 2014, September 17, 2014, and October 14, 2014, respectively, or as soon thereafter as can reasonably be accommodated by Pretrial Services. Pretrial Services at its discretion may adjust the schedule to accommodate any changes in the schedule for medical care.

The defendant with approval of Pretrial Services may travel to the Northern District of California in order to meet with counsel and experts for case preparation. The defendant's curfew, set forth in the Conditions of Release, shall be amended to accommodate his work schedule and state as follows: "You are restricted to your residence every day from 10:00 P.M. to 7:00 A.M. or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

IT IS SO ORDERED.

Dated: August 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge