BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-118 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MICHAEL T. SAHLBACH, | DATE: August 22, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 22, 2014.

2. By this stipulation, defendant now moves to continue the status conference until December 5, 2014, and to exclude time between August 22, 2014, and December 5, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and approximately seventeen boxes of discovery containing bank records and other corporate records produced by third-party custodians. All of this discovery has been either produced directly to counsel or made available for inspection and copying. In fact,

the defendant's representatives have already spent multiple days at the FBI office in Sacramento having the documents copied.

      b)    Counsel for defendant desires additional time to review the discovery and conduct investigation.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2014 to December 5, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 20, 2014                                 BENJAMIN B. WAGNER
                                                             United States Attorney

                                                             /s/ JARED C. DOLAN
                                                             JARED C. DOLAN
                                                             Assistant United States Attorney

Dated: August 20, 2014          /s/ Malcolm Segal
                                MALCOLM SEGAL
                                Counsel for Defendant
                                Michael T. Sahlbach

# [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: August 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge