Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
MICHAEL T. SAHLBACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. SAHLBACH,<br><br>Defendant. | Case No: 14-CR-0118 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

The defendant, MICHAEL T. SAHLBACH, through his counsel, Malcolm S. Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Jared Dolan, stipulate to modification of the conditions of pretrial release, as set forth below. The proposed modifications are intended to permit the defendant to remain under the supervision of Pre-Trial Services and eliminate the requirement of electronic location monitoring.

The defendant was charged with bank and wire fraud in an Indictment filed on May 1, 2014, appeared and was arraigned the next day and released on a $600,000 secured appearance bond and a $100,000 cash bond. The defendant's pretrial release is subject to pretrial supervision by Pretrial Services. The conditions of release include a travel restriction, limiting the defendant's travel to the Eastern District of California, unless he obtains prior approval from the Pretrial Services Officer, a curfew subject to modification by Pretrial Services and location monitoring. Pretrial Services has previously authorized travel to the Northern District of California for defense preparation, has modified the curfew to facilitate the defendant's employment and, by stipulations and Orders signed by the Court, been permitted to travel on separate occasions to San Diego for medical treatment. The Court has, by stipulation, authorized the removal of electronic location monitoring to permit air travel and medical treatment for substantial periods of time. The defendant has performed satisfactorily when monitoring has been removed.

Further travel is required for medical, pretrial preparation and business purposes. The United States has agreed with counsel for the defendant that location monitoring is no longer necessary to assure the defendant's presence for trial and accordingly stipulates that the Court modify the conditions of release to eliminate that requirement. The Pretrial Services Office has been advised of the stipulation and does not object to the modification.

For the reasons set forth herein above, the parties stipulate to the following:

The conditions of the defendant's pretrial release shall be modified to eliminate the provision that he will be subject to electronic location monitoring and Pretrial Services may remove the device and electronic monitoring effective immediately. All other conditions of release shall remain in place in accordance with previous orders of this Court.

IT IS SO STIPULATED.

Dated: October 14, 2014				Respectfully submitted,

							**SEGAL & ASSOCIATES, PC**


							By: /s/ Malcolm Segal
							    MALCOLM SEGAL
							    Attorneys for Defendant


Dated: October 14, 2014				Respectfully submitted,

							Benjamin B. Wagner
							United States Attorney
							Eastern District of California


							By: /s/ Jared Dolan (by permission)
							    JARED DOLAN
							    Assistant United States Attorney

## **ORDER**

Upon the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED THAT:

The conditions of the defendant's pretrial release shall be modified to eliminate the provision that he will be subject to electronic location monitoring and Pretrial Services may remove the device and electronic monitoring effective immediately. All other conditions of release shall remain in place in accordance with previous orders of this Court.

IT IS SO ORDERED.

Dated: October 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Michael Sahlbach
No.: 2:14-CR-0118-GEB
Date: October 14, 2014

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You shall cooperate in the collection of a DNA sample;

4. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You shall surrender all passports in your possession, including any under the name Michael Hansen, to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall report any prescriptions provided by a licensed medical practitioner to the pretrial services officer within 48 hours of receipt;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.