Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
MICHAEL T. SAHLBACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL T. SAHLBACH, <br><br> Defendant. | Case No: 14-CR-0118 GEB <br><br> **ORDER DENYING THIRD PARTY FIRST BANK'S MOTION TO QUASH OR MODIFY SUBPOENAS ISSUED TO:** <br> **(1) FIRST BANK;** <br> **(2) LYNN YING;** <br> **(3) WILLIAM NELLE; AND** <br> **(4) EVA CHEUNG** |

Third party First Bank's Motion to Quash or Modify Subpoenas (the "Subpoenas") Issued to First Bank and its employees, Lynn Ying, William Nelle, and Eva Cheung, (the "Motion"), was heard on August 12, 2015. Jeffrey B. Kirschenbaum appeared for the moving parties. Malcolm Segal appeared for Michael T. Sahlbach. Assistant United States Attorney Jared Dolan was present.

After full consideration of all papers submitted in support of and in opposition to the Motion, and after hearing the oral argument of counsel, the Court denies the Motion in its entirety.

1
Order Denying Third Party First Bank's Motion to Quash or Modify Subpoenas

By agreement of the parties, movants shall have 45 days from the date of this Order to fully comply with the subpoenas.

**IT IS SO ORDERED.**

DATED: August 13, 2015

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE