BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-118 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MICHAEL T. SAHLBACH, | DATE: November 6, 2015 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 6, 2015.

2. By this stipulation, defendant now moves to continue the status conference until December 18, 2015, and to exclude time between November 6, 2015, and December 18, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and approximately seventeen boxes of discovery containing bank records and other corporate records produced by third party custodians. The defendant's representatives spent multiple days at the FBI office in Sacramento having the documents and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  CD's copied. All of this discovery has been either produced directly to counsel and/or made
2  available for inspection and copying.
3      b) Counsel for defendant desires additional time to complete discovery and continue
4  discussions with the government. The defendant has recently produced additional reciprocal
5  discovery, which requires additional investigation from the government and additional
6  discussions with the defendant. That investigation is ongoing. The defendant recently received
7  subpoena compliance from First Bank, which was ordered by Magistrate Judge Brennan over
8  First Bank's objection
9      c) Counsel for defendant believes that failure to grant the above-requested
10 continuance would deny him the reasonable time necessary for effective preparation, taking into
11 account the exercise of due diligence.
12     d) The government does not object to the continuance.
13     e) Based on the above-stated findings, the ends of justice served by continuing the
14 case as requested outweigh the interest of the public and the defendant in a trial within the
15 original date prescribed by the Speedy Trial Act.
16     f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
17 et seq., within which trial must commence, the time period of November 6, 2015 to December
18 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
19 Code T4] because it results from a continuance granted by the Court at defendant's request on
20 the basis of the Court's finding that the ends of justice served by taking such action outweigh the
21 best interest of the public and the defendant in a speedy trial.
22     4. Nothing in this stipulation and order shall preclude a finding that other provisions of the
23 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
24 must commence.
25     IT IS SO STIPULATED.

Dated: November 3, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated: November 3, 2015

/s/ MALCOLM SEGAL
MALCOLM SEGAL
Counsel for Defendant
MICHAEL T. SAHLBACH

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge