BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-118 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MICHAEL T. SAHLBACH, | DATE: April 22, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 22, 2016.

2. By this stipulation, defendant now moves to continue the status conference until May 13, 2016, and to exclude time between April 22, 2016, and May 13, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and approximately seventeen boxes of discovery containing bank records and other corporate records produced by third-party custodians. All of this discovery has been either produced directly to counsel or made available for inspection and copying. In fact, the defendant's representatives have already spent multiple days at the FBI office in Sacramento

having the documents copied.

        b)       The parties are discussing a proposed disposition for this matter. While the general nature of the resolution has been finalized (subject to approval by other divisions of the Department of Justice), a number of the specific terms are complex and require additional negotiation and discussion between the parties.

        c)       Counsel for defendant desires additional time to discuss the plea agreement with his client and conduct additional research to determine how the proposed language of the plea agreement applies to his client. This includes consulting with outside experts on the impact and additional work that would be required as a result of the proposed disposition.

        d)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)       The government does not object to the continuance.

        f)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2016 to May 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 20, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ JARED C. DOLAN
                                         JARED C. DOLAN
                                         Assistant United States Attorney


Dated: April 20, 2016                    /s/ MALCOLM SEGAL
                                         MALCOLM SEGAL
                                         Counsel for Defendant
                                         MICHAEL T. SAHLBACH


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 21, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge