PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL T. SAHLBACH,<br><br>　　　　　Defendant. | CASE NO. 2:14-CR-118 GEB<br><br>[PROPOSED] ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

Upon motion of the United States and pursuant to the agreement between the parties, IT IS HEREBY ORDERED that the Indictment filed in this matter against defendant Michael T. Sahlbach is DISMISSED WITHOUT PREJDUICE.

Dated: May 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

1