Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
MICHAEL T. SAHLBACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 14-CR-0118 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] AMENDED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| MICHAEL T. SAHLBACH, | |
| Defendant. | |

The defendant, MICHAEL T. SAHLBACH, through his counsel, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Jared Dolan, stipulate to modification of the conditions associated with the defendant's pretrial release, as set forth below. The change in bail conditions are intended to reflect the defendant's immediate and voluntary initial self-surrender to respond to the charges in this case, his entirely satisfactory compliance with all release conditions imposed on him during the

1
Stipulation and [Proposed] Amended Order Modifying Conditions of Pretrial Release

course of more than two years, the dismissal of the bank fraud Indictment and the nature of the superseding tax charge.

The defendant was initially charged with bank and wire fraud in an Indictment filed on May 1, 2014.  He voluntarily appeared the day after being advised of the charges and was released on an unsecured appearance bond, pending his perfection of a $600,000 secured appearance bond and a $100,000 cash bond, conditions which he promptly satisfied.  His release was subject to special conditions requiring supervision by Pretrial Services, including a travel restriction, surrender of passports and monitoring.  Modifications of the conditions of release, including removal of monitoring, travel outside of the District for medical purposes, have previously been authorized by this Court.  The defendant has been fully compliant throughout the period of his release.

On May 16, 2016, the defendant plead guilty to a superseding Information charging a single count of filing of a false tax return.  Two weeks later, the underlying Indictment was dismissed by Order of this Court, on motion by the United States.

The defendant is a mature businessman, fully employed and with a stable home environment.  He anticipates marrying his fiancé within the next few months.  He has had an excellent and compliant relationship with Pre-Trial Services for more than two years.

The parties believe that the defendant is an appropriate candidate for release from supervision and further agree that he may be released on an unsecured bond of $100,000.  Accordingly, they further agree that the property bond, cash bail and passports posted with the Clerk of the Court as a previous condition of release should be returned to the defendant and that the other special conditions of release should be removed.

*///*

*///*

For the reasons set forth herein above, the parties stipulate to the following:

The conditions of the defendant's pretrial release shall be modified to permit his release on an unsecured bond of $100,000. All other conditions of release are removed, including those relating to travel. Accordingly, the previously posted property bond, cash bail and passports delivered to the Clerk of the Court should be returned to the defendant.

IT IS SO STIPULATED.

Dated: June 8, 2016                    Respectfully submitted,

                                                **SEGAL & ASSOCIATES, PC**

                                                By: /s/ Malcolm Segal
                                                    MALCOLM SEGAL
                                                    Attorneys for Defendant

Dated: June 8, 2016                    Respectfully submitted,

                                                Benjamin B. Wagner
                                                United States Attorney
                                                Eastern District of California

                                              By: /s/ Jared Dolan (by permission)
                                                  JARED DOLAN
                                                  Assistant United States Attorney

Stipulation and [Proposed] Amended Order Modifying Conditions of Pretrial Release

**ORDER**

Upon the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED THAT:

The conditions of the defendant's pretrial release shall be amended and modified as follows: The defendant is Ordered released on an unsecured bond of $100,000. All other special conditions of release, including those related to travel, are removed. The previously posted property bond, the cash bail in the amount of $100,000 on motion by the United States and the passports posted with the Clerk of the Court as a condition of release shall be returned to the defendant. All supervision by Pretrial Services shall be terminated.

IT IS SO ORDERED.

Dated: June 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge