Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
MICHAEL T. SAHLBACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 14-CR-0118 GEB |
|---|---|
| Plaintiff, | **STIPULATION CONCERNING SENTENCING HEARING; [PROPOSED] ORDER** |
| v. | |
| MICHAEL T. SAHLBACH, | |
| Defendant. | |

## STIPULATION

Defendant, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. A sentencing hearing is scheduled and set for August 19, 2016 at 9:00 a.m.

2. By this stipulation the parties request that the sentencing hearing be continued for two months, until October 14, 2016 at 9:00 a.m., or any time

1
Stipulation Concerning Sentencing Hearing; [Proposed] Order

thereafter convenient to the Court.  While the parties are fully prepared to proceed with the hearing, Defendant wishes to bring information and materials to the attention of the United States Probation Department in order to assist in the preparation of the Pre-Sentence Report.  The current sentencing schedule would make it difficult to accomplish that task.  The government agrees with the appropriateness of continuing the imposition of Judgment and Sentence for that purpose.

3. Based on the foregoing, the parties request that sentencing in this matter be continued to October 14, 2016 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: June 17, 2016          Respectfully submitted,

                                         **SEGAL & ASSOCIATES, PC**

By: /s/ Malcolm Segal
    MALCOLM SEGAL
    Attorneys for Defendant

Dated: June 17, 2016          Respectfully submitted,

Benjamin B. Wagner
United States Attorney
Eastern District of California

By: /s/ Jared Dolan (by permission)
    JARED DOLAN
    Assistant United States Attorney

# ORDER

**FOR THE REASONS SET FORTH ABOOVE, IT IS HEREBY ORDERED** that the sentencing hearing scheduled for August 19, 2016, is continued to October 14, 2016, at 9:00 a.m.

Dated: June 17, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge